■ In the Matter of ISAAC M., a Person Alleged to be a Juvenile Delinquent, Appellant. NIAGARA COUNTY ATTORNEY, Respondent. [632 NYS2d 49] —Order unanimously affirmed without costs. Memorandum: The record supports Family Court's finding that respondent committed an act that, if committed by an adult, would constitute the crime of assault in the third degree (Penal Law § 120.00 [1]). Evidence that the victim experienced "a lot" of pain after respondent struck him with a skateboard and that stitches were required to close the cut beside the victim's eye is sufficient to establish physical injury (see, People v Fallen, 194 AD2d 928, lv denied 82 NY2d 753; People v

*Beaton,* 152 AD2d 992, *lv denied* 74 NY2d 845; *People v Ruttenbur,* 112 AD2d 13).

We have examined respondent's remaining contentions and conclude that they lack merit. (Appeal from Order of Niagara County Family Court, Crapsi, J.—Juvenile Delinquency.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.